MOTORVAC TECHNOLOGIES, INC., Plaintiff–Appellant,

v.

NORCO INDUSTRIES, INC. and Flo–Dynamics, Inc., Defendants–Appellees.

No. 05–1481.

United States Court of Appeals, Federal Circuit.

Nov. 8, 2006.

Before MICHEL, Chief Judge, MAYER and LINN, Circuit Judges.

#### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

*This case was not selected for publication in the Federal Reporter*

NOTE: *Pursuant to Fed. Cir. R. 47.6, this disposition is not citable as precedent. It is a public record.*

R.H. MURPHY CO., INC., Plaintiff–Appellant,

v.

ILLINOIS TOOL WORKS, INC., Defendant–Appellee.

No. 2006–1273.

United States Court of Appeals, Federal Circuit.

Nov. 8, 2006.

Before BRYSON, Circuit Judge, CLEVENGER, Senior Circuit Judge, and GAJARSA, Circuit Judge.

#### Judgment

PER CURIAM

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36